IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KARLOS CEDENO MAYS | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:09-CV-8009-RDP-PWG |
| | ) CRIMINAL NO.:     2:05-CR-297-RDP-PWG |
| UNITED STATES OF AMERICA | ) |

MEMORANDUM OF OPINION

On June 14, 2010, the Magistrate Judge filed his findings and recommendation recommending that the motion to vacate be denied. No objections have been filed to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the Magistrate Judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the motion to vacate is due to be denied. A Final Judgment will be entered.

**DONE** and **ORDERED** this ___13th___ day of July, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE